JON E. FIELD
Nevada Bar No. 007700
AIMEE M. CANNON
Nevada Bar No. 11780
4640 S. Eastern Ave.
Las Vegas, Nevada 89119
Phone: (702) 456-1606
*Attorneys for Plaintiff*

**UNITED STATES DISCTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| BIGELOW AEROSPACE, LLC, a Nevada limited liability company;<br><br>    Plaintiff,<br><br>vs.<br><br>CARPENTER'S LOCAL 1977, Dan Drydahl, an individual; Frank Hawk, an individual; and DOES I through XX, inclusive,<br>    Defendants. | Case No.: 2:10-CV-00895-LDG-RJJ<br><br>**STIPULATION AND ORDER TO DISMISS** |

**STIPULATION AND ORDER TO DISMISS**

IT IS HEREBY STIPULATED by and between the Plaintiff, BIGELOW AEROSPACE, LLC, a Nevada limited liability company, and Defendants, CARPENTER'S LOCAL 1977, DAN DRYDAHL, an individual, FRANK HAWK, an individual (collectively, the "Stipulating Parties"), through their respective counsel of record, that the above-entitled matter and any and all claims, counter-claims, third-party claims and cross-claims by the Stipulating Parties therein shall be dismissed,

///

///

-1-

without prejudice, each party to bear their own attorney's fees and costs.

Dated this 10th day of August 2010.

/s/ Jon E. Field

JON E. FIELD
Nevada Bar No. 007700
AIMEE M. CANNON
Nevada Bar No. 011780
4640 S. Eastern Ave.
Las Vegas, Nevada 89119
Tel: (702) 456-1606
**Attorneys for Plaintiff**

/s/ Alice Chih-Mei Chen

DANIEL M. SHANLEY
Nevada Bar No. 006821
ALICE CHIH-MEI CHEN
Nevada Bar No. 009781
DeCARLO, CONNOR & SHANLEY, P.C.
501 N. Lamb Boulevard
Las Vegas, Nevada 89110
Tel: (702) 232-1555
**Attorneys for Defendants**

## ORDER

**IT IS HEREBY ORDERED** that all claims, counterclaims, third-party claims and cross claims in the above matter be, and hereby are, dismissed without prejudice, each party to bear their own attorney's fees and costs.

**IT IS FURTHER ORDERED** that all pending motions scheduled to be heard by this Court are hereby vacated.

**IT IS FURTHER ORDERED** that the trial date is hereby vacated.

DATED this 12 day of Aug, 2010.

_____
U.S. DISTRICT COURT JUDGE

Respectfully Submitted by:

/s/ Jon E. Field

JON E. FIELD
Nevada Bar No. 007700
AIMEE M. CANNON
Nevada Bar No. 011780
4640 S. Eastern Ave.
Las Vegas, Nevada 89119
**Attorneys for Plaintiff**